IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathanael Lenard Reynolds,<br><br>                  Plaintiff,<br><br>     v.<br><br>Chief Deputy Dudley Musier; Officer Watson,<br><br>                  Defendants. | )  Civil Action No. 1:15-388-MGL<br>)<br>)<br>)<br>)  **<u>ORDER</u>**<br>)<br>)<br>)<br>)<br>) |

Plaintiff Nathanael Lenard Reynolds, ("Plaintiff"), an inmate proceeding *pro se* and *in forma pauperis*, filed the instant action pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 and 17). In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Shiva V. Hodges for pre-trial handling.

On December 30, 2015, the Magistrate Judge issued a Report and Recommendation, ("the Report"), (ECF No. 43), recommending that this Court grant Defendants' Motion for Summary Judgment. (ECF No. 37). Objections to the Report were due by January 19, 2016. Plaintiff did not file any objections to the Report. The matter is now ripe for review by this Court.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). In the absence of a timely filed Objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record

in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Applying the above standards to the instant matter, the Court has carefully reviewed the record, applicable law, and the Magistrate Judge's Report, (ECF No. 43), and finding no clear error in the Report, the Court adopts and incorporates it by reference. Defendants' Motion for Summary Judgment, (ECF No. 37), is thereby **GRANTED** and this action is **DISMISSED**.

**IT IS SO ORDERED.**

s/Mary G. Lewis
United States District Judge

January 26, 2016
Columbia, South Carolina